ACCEPTED
03-14-00515-CV
7481820
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/21/2015 4:02:13 PM
JEFFREY D. KYLE
CLERK



JOHN W. THOMAS, PARTNER

1100 NORWOOD TOWER | 114 WEST 7TH ST | AUSTIN, TX 78701
512.495.1400 | FAX 512.499.0094 | JTHOMAS@GBKH.COM | WWW.GBKH.COM

October 21, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/21/2015 4:02:13 PM
JEFFREY D. KYLE
Clerk

***Via Electronic Filing***
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

      Re:    Court of Appeals No. 03-14-00515-CV; *Salvatore Magaraci and Estate Protection Planning Corporation v. Espinosa, in his capacity as Receiver of Retirement Value, LLC*

Dear Clerk:

    In accordance with the Court's notice of October 8, 2014, this letter will serve as notification that John W. Thomas, attorney for Appellee Eduardo Espinosa, Receiver of Retirement Value, LLC, in the above-referenced case, will be presenting oral argument before the court on November 18, 2015 at 1:30 p.m.

    If you have any questions, please call me at (512) 495-1407.

                Yours sincerely,

                George, Brothers, Kincaid & Horton, LLP

                ***/s/ John W. Thomas***
                John W. Thomas
                Counsel for Appellee, Eduardo S. Espinosa
                In his Capacity as Receiver for Retirement
                Value, LLC

JWT/ejg
cc:    Timothy A. Hootman, Counsel for Defendants *(Via Electronic Service)*
        Client